| | | |
|---|---|---|
| People v Hollis | 4th Dept: 147 AD3d 1505 (Erie) | denied 5/1/17 (Stein, J.) |
| People v Holmes | 1st Dept: 148 AD3d 465 (NY) | denied 5/26/17 (Wilson, J.) |
| People v Hovan | 1st Dept: 146 AD3d 498 (NY) | denied 5/15/17 (Wilson, J.) |
| People v Ignatyev | 1st Dept: 147 AD3d 489 (NY) | denied 5/22/17 (Fahey, J.) |
| People v J | 3d Dept: 146 AD3d 1156 (Albany) | denied 5/1/17 (Garcia, J.) |
| People v Jean | 2d Dept: 148 AD3d 932 (Nassau) | denied 5/31/17 (DiFiore, Ch. J.) |
| People v Jeremiah | 3d Dept: 147 AD3d 1199 (Broome) | denied 5/22/17 (Fahey, J.) |
| People v Johnson (Johnathan) | 2d Dept: 148 AD3d 825 (Queens) | denied 5/18/17 (Garcia, J.) |
| People v Johnson (Jonathan) | 2d Dept: 148 AD3d 825 (Queens) | denied 5/18/17 (Garcia, J.) |
| People v Jones (Eric) | 4th Dept: 147 AD3d 1521 (Monroe) | denied 5/1/17 (Stein, J.) |
| People v Jones (Erican) | 4th Dept: 147 AD3d 1521 (Monroe) | denied 5/1/17 (Stein, J.) |
| People v Jones (Nedra) | 4th Dept: 144 AD3d 1590 (Erie) | denied reconsideration 5/2/17 (Stein, J.) |
| People v Jones-McFarland | 2d Dept: 147 AD3d 978 (Kings) | denied 5/12/17 (Fahey, J.) |
| People v Jordan | 1st Dept: 145 AD3d 584 (NY) | denied 5/3/17 (DiFiore, Ch. J.) |
| People v Junious | 4th Dept: 145 AD3d 1606 (Monroe) | denied 5/16/17 (Wilson, J.) |
| People v Kareem | 1st Dept: 148 AD3d 550 (NY) | dismissed 5/24/17 (Fahey, J.) |
| People v Khan | 2d Dept: 146 AD3d 810 (Rockland) | denied 5/22/17 (Fahey, J.) |
| People v King | 4th Dept: 147 AD3d 1540 (Onondaga) | denied 5/2/17 (Stein, J.) |
| People v Knox | 2d Dept: 140 AD3d 979 (Dutchess) | denied 5/1/17 (Garcia, J.) |
| People v Krenkel | 4th Dept: 148 AD3d 1598 (Niagara) | denied 5/15/17 (DiFiore, Ch. J.) |
| People v Lam | App Term, 1st Dept: 54 Misc 3d 133(A) (NY) | denied 5/11/17 (Stein, J.) |
| People v Lamont | App Div, 3d Dept: 2017 NY Slip Op 65167(U) (Rensselaer) | denied 5/18/17 (DiFiore, Ch. J.) |
| People v Lara | 1st Dept: 146 AD3d 485 (NY) | denied 5/11/17 (Rivera, J.) |
| People v Lassiter (Levy) | 2d Dept: 143 AD3d 915 (Dutchess) | denied 5/12/17 (Fahey, J.) |